# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRELL COCHISE YOUNG,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 83623

**FILED**

NOV 02 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for trial transcripts. Eighth Judicial District Court, Clark County; Monica Trujillo, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for trial transcripts, this court lacks jurisdiction to consider this appeal, *see Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990), and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Monica Trujillo, District Judge
       Terrell Cochise Young
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

21-31432